IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Tiffany A Matthews | : | Chapter 13 |
| | : | |
| | : | Case No. 20-11085AMC |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 21

Dated: June 9, 2020                            /s/ Brad J. Sadek, Esquire
                                               Brad J. Sadek, Esquire
                                               Sadek and Cooper
                                               1315 Walnut Street, Suite 502
                                               Philadelphia, PA 19107
                                               215-545-0008