UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                                                  CASE NO.: 20-11085
                                                                                                                                                  CHAPTER 13

Tiffany A Matthews,
  Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                                              Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                              Authorized Agent for Secured Creditor
                                              13010 Morris Rd., Suite 450
                                              Alpharetta, GA 30004
                                              Telephone: 470-321-7112

                                              By: /s/Cristina DiGiannantonio
                                                  Cristina DiGiannantonio
                                                 Email: cdigiannantonio@raslg.com

# CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on August 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

TIFFANY A MATTHEWS
1534 RAINER ROAD
BROOKHAVEN, PA 19015

And via electronic mail to:

SADEK LAW OFFICES, LLC
1500 JFK BOULEVARD
STE 220
PHILADELPHIA, PA 19102

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
SUITE 320
PHILADELPHIA, PA 19107

              By: /s/ Emily Cheng